IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PHILLIP ADAMS, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-145(HL) |
| | * |
| Sheriff CARLTON POWELL, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 16, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 16th day of February, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk